# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Clark, James B. | 2. Court or Organization<br><br>United States District Court - District of New Jersey | 3. Date of Report<br><br>04/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
Martin Luther King Jr Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Executor | Estate #1 |
| 4. | Adjunct Professor | Seton Hall Law School |
| 5. | Adjunct Professor | Rutgers Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Rutgers Law School - teaching | $3,450.00 |
| 2. 2018 | Seton Hall Law School - teaching | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Little Lambs Preschool (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Citibank | Credit Card | J |
| 3. | Chase | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 (H) | | | | | | | | | |
| 2. American Balanced Fund (ABALX) | B | Dividend | K | T | | | | | |
| 3. TRUST #2 (H) | | | | | | | | | |
| 4. Advantage Bank (cash) (Y) | | | | | | | | | |
| 5. Discover Bank (cash) | A | Interest | | | Closed | 02/23/18 | K | | |
| 6. Credit Suisse Float Rate High Inc. C (CHICX) | A | Dividend | K | T | Sold (part) | 05/08/18 | J | | |
| 7. | | | | | Sold (part) | 06/15/18 | J | | |
| 8. | | | | | Sold (part) | 07/09/18 | J | | |
| 9. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 10. | | | | | Sold (part) | 12/12/18 | J | | |
| 11. BNY Mellon NA Instl (cash) | A | Interest | | | Open | 02/27/18 | K | | |
| 12. | | | | | Closed | 08/27/18 | K | | |
| 13. Fidelity Bank (cash) | A | Interest | J | T | Open | 09/12/18 | J | | |
| 14. IRA #1 (H) | | | | | | | | | |
| 15. AMCAP Class A Fund (AMCPX) | A | Int./Div. | J | T | | | | | |
| 16. American Mutual Class A Fund (AMRMX) | A | Int./Div. | J | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMCAP Class A Fund (AMCPX) | A | Int./Div. | J | T | | | | | |
| 19. American Mutual Class A Fund (AMRMX) | A | Int./Div. | J | T | | | | | |
| 20. IRA #3 (H) | | | | | | | | | |
| 21. MORGAN STANLEY BANK NA (CASH) (X) | A | Interest | K | T | | | | | |
| 22. AMERICAN ELECTRIC POWER CO (AEP) (X) | A | Dividend | K | T | | | | | |
| 23. APPLIED MATERIALS INC (AMAT) (X) | A | Dividend | J | T | | | | | |
| 24. AT&T INC (T) (X) | B | Dividend | K | T | | | | | |
| 25. BANK OF AMERICA CORP (BAC) (X) | A | Dividend | K | T | | | | | |
| 26. BP PLC ADS (BP) (X) | B | Dividend | K | T | | | | | |
| 27. CHESAPEAKE ENERGY CORP (CHK) (X) (Y) | | | | | | | | | |
| 28. CISCO SYS INC (CSCO) (X) | A | Dividend | K | T | | | | | |
| 29. ENBRIDGE INC (ENB) (X) | A | Dividend | J | T | | | | | |
| 30. EXXON MOBIL CORP (IOM) (X) | A | Dividend | K | T | | | | | |
| 31. FORD MOTOR CO NEW (F) (X) | A | Dividend | J | T | | | | | |
| 32. GENERAL MTRS CO (GM) (X) | A | Dividend | J | T | | | | | |
| 33. HONEYWELL INTERNATIONAL INC (HON) (X) | B | Dividend | K | T | | | | | |
| 34. INTEL CORP (INTC) (X) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JOHNSON & JOHNSON (JNJ) (X) | B | Dividend | K | T | | | | | |
| 36. MERCK & CO INC NEW COM (MRK) (X) | A | Dividend | K | T | | | | | |
| 37. MORGAN STANLEY (MS) (X) | A | Dividend | J | T | | | | | |
| 38. NEW YORK COMMUNITY BANCORP INC (NYCB) (X) | A | Dividend | J | T | | | | | |
| 39. PHILIP MORRIS INTL INC (PM) (X) | B | Dividend | K | T | | | | | |
| 40. RESIDEO TECHNOLOGIES (REZI) (X) | | None | J | T | | | | | |
| 41. ROYAL DUTCH SHELL PLC CL B (RDS'B) (X) | B | Int./Div. | K | T | | | | | |
| 42. SEAGATE TECHNOLOGY PLC (STX) (X) | A | Dividend | J | T | | | | | |
| 43. SOUTHERN CO (SO) (X) | A | Dividend | J | T | | | | | |
| 44. TEXAS INSTRUMENTS (TXN) (X) | A | Dividend | K | T | Sold (part) | 01/24/18 | K | D | |
| 45. CITIGRP INC 7.125%-J (CJ) (X) | A | Interest | J | T | | | | | |
| 46. PUBLIC STORAGE 6%-Z (PSA.Z) (X) | A | Interest | J | T | | | | | |
| 47. BLACKROCK TAX MUNICPAL BD TR (BBN) (X) | A | Dividend | J | T | | | | | |
| 48. DEUTSCHE MULTI-MKT I NCOMETR (KMM) (X) | A | Dividend | | | Redeemed | 11/20/18 | J | A | |
| 49. EATON VANCETAX MGD DIV EQU FD (EXG) (X) | A | Dividend | J | T | | | | | |
| 50. FIRST TR MLP&ENRG INC FND (FEI) (X) | A | Dividend | J | T | | | | | |
| 51. GAMCO NATURAL RES (GNT) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MS EMERGING MKTS DOMESTIC DEBT (EDD) (X) | A | Dividend | J | T | | | | | |
| 53. BANK OF AMERICA CORP 6.25% FXD TO 09-05-2024 FLOATS (060505EH3) (X) | A | Interest | J | T | | | | | |
| 54. CONOCOPHILLIPS 5.9% 10/15/2032 (20825CAF1) (X) | A | Interest | J | T | | | | | |
| 55. GNR 2004-16 AE (38374FGZ1) (X) | A | Interest | J | T | | | | | |
| 56. NUVEEN NWQ GLOBAL EQUITY INC A (NQGAX) (X) | A | Dividend | J | T | | | | | |
| 57. ESTATE ACCOUNT #1 (H) | | | | | | | | | |
| 58. MORGAN STANLEY BANK N.A. (CASH) (X) | A | Interest | K | T | | | | | |
| 59. CITIGROUP INC (C) (X) | A | Dividend | J | T | | | | | |
| 60. PRUDENTIAL FINANCIAL INC (PRU) (X) | A | Dividend | J | T | | | | | |
| 61. NUVEEN EHCD MUN CRED OPP FD (NZF) (X) | A | Dividend | J | T | | | | | |
| 62. NUVEEN NJ DIV MUNI FUND (NXJ) (X) | B | Dividend | K | T | | | | | |
| 63. NUVEEN QUALITY MUNI INC FUND (NAD) (X) | A | Dividend | J | T | | | | | |
| 64. MORRIS CNTY NJ IMPT AUTH REF (618028CN2) (X) | A | Interest | K | T | | | | | |
| 65. NEW JERSEY ST EDL FACS AUTH REV-B PRINCETON UNIV (646065E32) (X) | B | Interest | K | T | | | | | |
| 66. NEW JERSEY TURNPIKE AUTHORITY TURNPIKE REVENUE (6461393H6) (X) | B | Interest | K | T | | | | | |
| 67. NJ EDA SCH FACS CONTRUCTION REF SER-GG (645918C35) (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. SOMERSET HILLS SCH DIST NJ SCH BLDG REF (834735DZ2) (X) | A | Interest | K | T | | | | | |
| 69. UNION CNTY N J UTILS AUTH SOLID WASTE REF REV (906365ET4) (X) | B | Interest | K | T | | | | | |
| 70. NEW JERSEY TURNPIKE AUTHORITY TURNPIKE REVENUE SER F (6461394M4) (X) | A | Interest | K | T | | | | | |
| 71. EAST BRUNSWICK TWP N J BRD ED REF (271299MA4) (X) | A | Interest | K | T | | | | | |
| 72. NEW JERSEY ST GENL OBLIG (646039VP9) (X) | B | Interest | L | T | | | | | |
| 73. PORT AUTH NY & N J CONS 171ST SERIES (73358WGC2) (X) | B | Interest | K | T | | | | | |
| 74. NEW JERSEY ST TPKAUTH TPK REV-E (6461395W1) (X) | B | Interest | K | T | | | | | |
| 75. ESTATE ACCOUNT #2 (H) | | | | | | | | | |
| 76. MORGAN STANLEY BANK N.A. (X) | A | Interest | M | T | | | | | |
| 77. ABBOTT LABORATORIES (ABT) (X) | B | Dividend | L | T | | | | | |
| 78. ABBVIE INC COM (ABBV) (X) | C | Dividend | L | T | | | | | |
| 79. EXXON MOBIL CORP (XOM) (X) | B | Dividend | K | T | | | | | |
| 80. GENERAL ELECTRIC CO (GE) (X) | A | Dividend | J | T | | | | | |
| 81. PPL CORPORATION (PPL) (X) | B | Dividend | K | T | | | | | |
| 82. VERIZON COMMUNICATIONS (YZ) (X) | B | Dividend | L | T | | | | | |
| 83. WELLS FARGO & CO NEW (WFC) (X) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. NUVEEN AMT-FREE QLTY MUN INC (NEA) (X) | B | Dividend | K | T | | | | | |
| 85. NUVEEN EHCD MUN CRED OPP FD (NZF) (X) | B | Dividend | K | T | | | | | |
| 86. NUVEEN QUALITY MUNI INC FUND (NAD) (X) | B | Dividend | K | T | | | | | |
| 87. GLEN ROCK N J 5CH DIST (377784EX7) (X) | B | Interest | | | Redeemed | 09/04/18 | K | | |
| 88. PASSAIC CNTY N J IMPT AUTH PKG FAC REV (702754CB6) (X) | B | Interest | K | T | | | | | |
| 89. NEW JERSEY TURNPIKE AUTHORITY TURNPIKE REVENUE SER-A (6461393H6) (X) | B | Interest | K | T | | | | | |
| 90. WEST ORANGE TWP N J GEN IMPT (954898CT7) (X) | A | Interest | K | T | | | | | |
| 91. NEW JERSEY ECON DEV AUTH SCHOO L FACS CONSTRUCTION REV (645918U35) (X) | B | Interest | K | T | | | | | |
| 92. NEW JERSEY ST TRANSN TR FD AUTH TRANSN SYS (646136SS1) (X) | B | Interest | | | Redeemed | 11/20/18 | K | | |
| 93. DELAWARE RIVER JOINT TOLL BRIDGE COMMISSION SYS REV (246343KP1) (X) | A | Interest | K | T | | | | | |
| 94. NEW JERSEY ST RUTGERS UNIV ECON DEV AUTH LEASE REV (64577FCC7) (X) | B | Interest | K | T | | | | | |
| 95. NEW JERSEY ST EDL FACS AUTH REV·A (6460657Z9) (X) | A | Interest | K | T | | | | | |
| 96. NEW JERSEY ST TPK AUTH TPK REV·E (6461395W1) (X) | A | Interest | K | T | | | | | |
| 97. ESTATE ACCOUNT #3 (H) | | | | | | | | | |
| 98. ESCROW GENERAL MOTORS CORP 7/2% (370ESCBB0) (X) | | None | J | T | | | | | |
| 99. ESCROW GENERAL MOTORS 8/25% (370ESCBW4) (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James B. Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544